CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Mark B. Frazier (State Bar No. 107221)
mfrazier@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Attorneys for Defendant
The Salisbury Family Limited Partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br>v.<br><br>THE SALISBURY FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:20-cv-01437-CJC-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1. Dated: March 22, 2021

   CENTER FOR DISABILITY ACCESS

   By: /s/ Amanda Seabock
   Amanda Seabock
   Attorneys for Plaintiff

6. Dated: March 22, 2021

   RUTAN & TUCKER, LLP

   By: /s/ Mark B. Frazier
   Mark B. Frazier
   Attorneys for Defendant
   The Salisbury Family Limited Partnership

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Mark B. Frazier, counsel for The Salisbury Family Limited Partnership, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 22, 2021    CENTER FOR DISABILITY ACCESS

                        By:    /s/ Amanda Seabock
                             Amanda Seabock
                             Attorneys for Plaintiff